# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                    :       NO. 623

                             :

ORDER AMENDING RULE     :      CIVIL PROCEDURAL RULES

3136 OF THE PENNSYLVANIA    :

RULES OF CIVIL PROCEDURE   :      DOCKET

                             :

                             :


## ORDER


**PER CURIAM**

       **AND NOW**, this 29th day of May, 2015, upon the recommendation of the Civil Procedural Rules Committee; the proposal having been published for public comment at 44 *Pa.B.* 4996 (July 26, 2014):

       **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 3136 of the Pennsylvania Rules of Civil Procedure is amended in the attached form.

       This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective July 1, 2015.


Additions to the rule are shown in bold and are underlined.

Deletions from the rule are shown in bold and brackets.